IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE WORKERS UNION (INDEPENDENT) PENSION FUND, and JACK STEWART, Trustee, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>)<br>) No. 04 C 7872 |
| v. | ) |
| EL PASO CGP COMPANY, EL PASO MIDWEST COMPANY, EL PASO CNG COMPANY, L.L.C., and AMERICAN NATURAL RESOURCES COMPANY | ) HONORABLE DAVID H. COAR<br><br>)<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER REGARDING JUDGMENT

This is an action by Plaintiff Chicago Truck Drivers, Helpers, and Warehouse Workers Union (Independent) Pension Fund and Jack Stewart, Trustee (collectively "Plaintiff") to collect withdrawal liability payments due under the under the Employee Retirement Income Security Act, as amended by the Multiemployer Pension Plan Amendments of 1980, 29 U.S.C. §§1001-1461. Before this Court is Plaintiff's Amended Motion for Entry of Judgment, pursuant to 29 U.S.C. § 1132(g)(2), against Defendants El Paso CGP Company, El Paso Midwest Company, El Paso CNG Company, L.L.C., and American Natural Resources Company (collectively "Defendants"). Plaintiff's motion is GRANTED. Accordingly, this Court hereby orders the following:

-1-

1. That Defendants owe $1,747,610.00 in unpaid contributions (i.e., withdrawal liability), as well as interest on the unpaid contributions (also withdrawal liability), liquidated damages, and attorney's fees and costs to Plaintiff. See 29 U.S.C. § 1132(g)(2).

2. That a judgment is to be entered in favor of Plaintiff Chicago Truck Drivers, Helpers, and Warehouse Workers Union (Independent) Pension Fund and Jack Stewart, Trustee, and against Defendants El Paso CGP Company, El Paso Midwest Company, El Paso CNG Company, L.L.C., and American Natural Resources Company, jointly and severally, on Count I of the Complaint, in the total amount of $354,188.08. This judgment amount is lower than the $1,747,610.00 amount that was unpaid when Plaintiff filed suit because the judgment amount accounts for the payments made by Defendants to Plaintiff while this action was pending. Thus, the judgment consists of: (a) $4,666.08 in interest through July 20, 2006; and (b) $349,522.00 in statutory liquidated damages, as provided for under 29 U.S.C. § 1132(g)(2)(C)(ii).

3. That, in accordance with 29 U.S.C. § 1451(a) authorizing the Court to award equitable relief, Defendants El Paso CGP Company, El Paso Midwest Company, El Paso CNG Company, L.L.C., and American Natural Resources Company, jointly and severally, shall make withdrawal liability payments to Plaintiff in the following amounts on the following dates, in accordance with the November 2004 schedule payments: (a) $185,989.00 on or before September 1, 2006; (b) $185,989.00 on or before December 1, 2006; and (c) $69,438.71 on before March 1, 2007. The final payment takes into account the payment received by Plaintiff in In re ANR Advance Transportation Company, Inc., Case No. 99-22155-JES (Bankr. E.D. Wis).

4. That, pursuant to 29 U.S.C. § 1132(g)(2)(D), Plaintiff is also entitled to reasonable attorney's fees and costs in an amount to be determined pursuant to Local Rule 54.3. Plaintiff shall

proceed under Local Rule 54.3 as to attorney's fees and related non-taxable expenses and, pursuant to Fed. R. Civ. P. 54(d)(1), under Local Rule 54.1 and 28 U.S.C. § 1920 as to taxable costs.

5. That Plaintiff is awarded execution for the collection of the judgment and costs granted.

6. That this Court shall retain jurisdiction of this case to enforce this Order.

Enter:

*David H. Coar*
David H. Coar
United States District Judge

Dated: 7/26/06